# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DEBORAH K. EDWARDS, DECEASED.

CARL DEAN EDWARDS,
                          Appellant,
                    vs.
UNKNOWN
                          Respondent.

No. 70145

FILED

MAY 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a petition to issue letters of administration. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed under NRAP 4(a) because it appears that the district court has not entered a final written judgment resolving the petition. A notice of appeal filed *before* entry of a final written judgment is premature and of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-13878

cc: Hon. Gloria Sturman, District Judge
Carl Dean Edwards
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A